UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO. 6:22-cr-00123-CEM-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorneys, WARREN W. LINDSEY, MATTHEW P. FERRY and ASHLEY D. PARKER, of LINDSEY, FERRY & PARKER, P.A., file this their Notice of Appearance on behalf of the Defendant, MICHAEL COURTNEY SHIRLEY, in the above-styled cause.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 14th day of September, 2022, we have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States

Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov. We further certify that we mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

        s/Warren W. Lindsey
        WARREN W. LINDSEY, of
        LINDSEY, FERRY & PARKER, P.A.
        341 N. Maitland Avenue, Suite 130
        Maitland, FL 32751
        *Mail:* P.O. Box 505
        Winter Park, FL 32790
        Telephone: (407) 644-4044
        Facsimile: (407) 599-2207
        Attorneys for the Defendant.
        warren@warrenlindseylaw.com
        Florida Bar No. 299111

        s/Matthew P. Ferry
        MATTHEW P. FERRY, of
        LINDSEY, FERRY & PARKER, P.A.
        341 N. Maitland Avenue, Suite 130
        Maitland, FL 32751
        *Mail:* P.O. Box 505
        Winter Park, FL 32790
        Telephone: (407) 644-4044
        Facsimile: (407) 599-2207
        Attorneys for the Defendant.
        matt@lindseyferryparker.com
        Florida Bar No. 28950

[CONTINUED ON PAGE 3]

s/Ashley D. Parker
ASHLEY D. PARKER, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
ashley@lindseyferryparker.com
Florida Bar No. 112680
