UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    CASE NO. 6:22-cr-00123-CEM-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, MICHAEL COURTNEY SHIRLEY, the above-named Defendant, do hereby waive my right to be present at arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

Date: 9/14/2022

_____
Michael Courtney Shirley
Defendant

Date: 09/20/2022

_____
Warren W. Lindsey
WARREN W. LINDSEY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
warren@warrenlindseylaw.com
Florida Bar No. 299111

CONSENT TO WAIVER OF DEFENDANT'S
PRESENCE AT ARRAIGNMENT AND
<u>RECEIPT OF PLEA OF NOT GUILTY</u>

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea, and direct that the plea of not guilty be received for filing.

Date:_____        _____
                                    U.S. MAGISTRATE JUDGE