UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                     CASE NO. 6:22-cr-00123-CEM-DCI

MICHAEL COURTNEY SHIRLEY,

      Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE
## IN-DISTRICT INITIAL APPEARANCE & ARRAIGNMENT

The Defendant, MICHAEL COURTNEY SHIRLEY, by and through his undersigned attorney, and pursuant to Local Rule 3.08, hereby moves this Court for an order continuing the Initial Appearance and Arraignment scheduled on September 22, 2022. Defendant's counsel alleges that good cause for this motion is shown by the following:

1.     On August 10, 2022, the Defendant was indicted in this cause.

2.     Subsequently, the Defendant was arrested in the Western District of Texas, the State in which he currently resides.

3.     An Initial Appearance and Arraignment was later scheduled for September 22, 2022 at 10:00 AM in Orlando in front of the Honorable Magistrate Judge Irick.

4.      The Defendant was scheduled to fly to Orlando the morning of September 21, 2022; however, Attorney Parker advised him his appearance would be waived based on the signed Waiver filed by defense.

5.      Relying on Attorney Parker's advice, the Defendant cancelled his scheduled flight.

6.      This motion is made in good faith.

7.      Counsel for the defense certifies that he has conferred with opposing counsel in this matter, Assistant United States Attorney Daniels, who has represented that the government has no objection to a brief continuance of the hearings.

WHEREFORE, the Defendant respectfully requests this Court enter an Order rescheduling the Initial Appearance and Arraignment.

Respectfully submitted this 21st day of September, 2022.

[Certificate of Service on next page]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 21st day of September, 2022, we have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov. We further certify that we mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

s/Warren W. Lindsey
WARREN W. LINDSEY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
warren@warrenlindseylaw.com
Florida Bar No. 299111

3