

| | | |
|---|---|---|
| **2110 First Street, Suite 3-137**<br>Fort Myers, Florida 33901<br>239/461-2200<br>239/461-2219 (Fax) | | **300 N. Hogan Street, Suite 700**<br>Jacksonville, Florida 32202<br>904/301-6300<br>904/301-6310 (Fax) |
| **35 SE 1st Avenue, Suite 300**<br>Ocala, Florida 34471<br>352/547-3600<br>352/547-3623 (Fax) | **U.S. Department of Justice**<br>*United States Attorney*<br>*Middle District of Florida* | **400 West Washington Street, Suite 3100**<br>Orlando, Florida 32801<br>407/648-7500<br>407/648-7643 (Fax) |

**Main Office**
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

Reply to: Orlando, FL                                                                                                                                ASD

May 23, 2023

**VIA E-MAIL**

Warren Lindsey, Esq.
Ashley Parker, Esq.
Lindsey, Ferry & Parker, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751

      Re:  *United States v. Michael Courtney Shirley,*
           Case No. 6:22-cr-00123

Dear Mr. Lindsey and Mr. Parker:

With respect to the above-captioned case, please find below additional details that you have requested.  In addition, as further detailed below, please be advised that additional documents have been produced to you.

### Additional Detail Re: Kickback Payments

      In the government's initial discovery letter dated October 18, 2022, the United States provided notice in discovery disclosure No. 8 that it intended to introduce evidence at trial of additional kickback payments made by your client to Joel Greenberg.  As previously noticed, this includes payments that your client made directly to Greenberg, as well as payments that your client made in the form of financial contributions at Greenberg's direction to political campaigns.  As previously noticed, this includes payments made from your client's personal Wells Fargo bank account ending in 0750, and includes, but is not limited to, payments made between May 2017 and May 2018.

Warren Lindsey, Esq.
May 23, 2023

As previously noticed, the United States' position is that this evidence is inextricably intertwined with the charged conspiracy at issue here. *See United States v. McNair*, 605 F.3d 1152, 1204 (11th Cir. 2010).  However, as previously noticed, should the Court find that this evidence is not part of, or inextricably intertwined with, the charged conspiracy in this case, we intend to seek to introduce this evidence through Rule 404(b) to establish your client's intent, motive, knowledge, plan, and absence of mistake or accident.

The underlying supporting financial records from your client's Wells Fargo account ending in 0750 were produced to you as part of our initial discovery disclosure.  *See* Bates Nos. 003499 through 004424

Mr. Parker asked during our call on Monday, May 22, 2023, for further details regarding these additional payments.  First, we intend to introduce evidence that the following payments were made directly from your client to Greenberg via check on or about the dates indicated:

- May 12, 2017—$82
- May 17, 2017—$62
- November 6, 2017—$5,500
- November 14, 2017—$7,000
- May 15, 2018—$184

We further intend to introduce evidence that your client made a political donation at the behest of Greenberg on or about April 28, 2017 for $1,000 to the ▮▮▮▮ Campaign. Other political donations that we continue to investigate to determine whether they were made at the behest of Greenberg, and which we could potentially use as evidence, or 404(b) evidence, include:

- September 7, 2017—$1,000 to ▮▮▮▮ Campaign
- November 28, 2017—$1,000 to ▮▮▮▮ Campaign
- March 30, 2018—$3,000 to ▮▮▮▮

**Additional Produced Documents**

In addition, in connection with the above-captioned case and pursuant to Federal Rule of Criminal Procedure 16(a) and the Criminal Scheduling Order (hereinafter referred to as the "CSO"), please be advised that the United States produced additional documents to you in the above-captioned case through the electronic discovery platform "USA File Exchange." These documents are Bates Nos. 026004 – 026017 and are also attached to this letter.

Warren Lindsey, Esq.
May 23, 2023

    If you have any questions concerning anything in this letter or are unable to read any of the documents that were produced, please give me a call. With respect to any document that is illegible, we will provide you with a readable copy of any such document as soon as possible. If you cannot find any of the items that I have identified in this letter, please let me know. In addition, if you have reason to think that there is discovery material to which the defendant is entitled that has not been provided, please do not hesitate to contact me so that we may try to resolve the issue as soon as possible. Otherwise, we will assume that you have received everything and that it is readable.

        Sincerely,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Chauncey A. Bratt*
        Chauncey A. Bratt
        Assistant United States Attorney

3