UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## SPECIAL JURY INSTRUCTION

The Defendant, MICHAEL COURTNEY SHIRLEY (hereafter sometimes referred to as "Mr. Shirley"), by and through his undersigned attorney, requests the following special jury instruction:

1. Because Mr. Ellicott invoked his Fifth Amendment privilege against self-incrimination, you are permitted to draw an adverse inference against him and in favor the Defendant. U.S. ex rel. DRC, Inc. v. Custer Battles, LLC, 415 F. Supp. 2d 628, 630 (E.D. Va. 2006).

2. A hearsay statement allegedly made by Joel Greenberg has been admitted into evidence. If you do not believe at the time the statement was made there was sufficient evidence of a conspiracy to commit honest services fraud, you are permitted to disregard the statement.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2023, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov and Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov.

s/Ashley D. Parker
ASHLEY D. PARKER, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
ashley@lindseyferryparker.com
Florida Bar No. 112680