**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

| JUDGE: | Gregory A. Presnell | COUNSEL FOR GOVERNMENT: | Amanda Sterling Daniels, Chauncey Bratt, |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | | |
| COURT REPORTER: | Nikki Peters courttranscripts@outlook.com | COUNSEL FOR DEFENDANT: | Warren William Lindsey, Ashley David Parker & Gavin Clarkson |
| DATE: TIME: TOTAL TIME: | July 27, 2023 8:04 a.m. – 5:36 p.m. 3 hours 32 minutes | INTERPRETER: | None |

**MINUTES – JURY TRIAL – DAY FOUR**

8:04 a.m.   Court reconvenes to conduct a charge conference. Court's Version 2 jury instructions filed in open court and provided to counsel.

8:19 a.m.-
8:32 a.m.   Court in recess

8:33 a.m.   Jury returns to the courtroom. Court gives final instructions to jury. (Final version filed in open court and given to counsel).

9:02 a.m.   Closing argument by Government by Amanda Daniels.

9:45 a.m.-   Recess
10:03 a.m.

10:04 a.m.   Closing argument by Defendant by Warren Lindsey.

11:04 a.m.   Sidebar with Ms. Daniels and Mr. Lindsey.

11:06 a.m.   Closing argument by Government by Amanda Daniels.

11:23 a.m.   Court concludes with additional final jury instructions.

11:29 a.m.   Jury retires to begin deliberations. (Jury will take a lunch break until 12:40 p.m.)

11:30 a.m.   Court adjourned.

12:17 p.m.   Court reconvenes. Attorney Gavin Clarkson gives argument regarding amending the jury instructions regarding honest services fraud. Government responded. To the extend the defendant made a motion the court denies.

12:21 p.m.   Court in recess.

2:29 p.m.    Court reconvenes and excuses Juror ▮▮▮▮▮▮. Court brings in panel to explain the situation. Court calls alternate ▮▮▮▮▮▮ (after not being able to reach ▮▮▮▮▮▮) to replace ▮▮▮▮▮▮. Court will reconvene in 30 minutes.

2:45 p.m.    Court adjourned.

3:24 p.m.    Alternate Juror ▮▮▮▮▮▮ arrives. Court brings all the jury panel back into the courtroom to explain that they must start their deliberations.

3:28 p.m.    Court in recess.

5:21 p.m.    Court returns to the courtroom with a verdict of guilty on all 5 counts of the Indictment. **Sentencing is set for October 31, 2023, at 9:30 a.m.** Probation is ordered to prepare a presentence report.

| | |
|---|---|
| 5:25 p.m. | Government requests that the defendant be remanded to the custody of the US Marshal due to safety concerns and alleged threats made towards government's counsel Chauncey Bratt. |
| 5:27 p.m. | Counsel Gavin Clarkson responds. |
| 5:30 p.m. | Counsel Chauncey Bratt responds. |
| 5:31 p.m. | Counsel Gavin Clarkson responds. |
| 5:33 p.m. | Michael Courtney Shirley responds to allegations. |
| 5:35 p.m. | Court will not remand Mr. Shirley based on the record as stated in open court. |
| 5:36 p.m. | Court adjourned. |