UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

## VERDICT

1. **Count One of the Indictment**

   As to the offense of conspiracy to Commit Honest Services Fraud, in violation of 18 U.S.C. § 1349,

   We, the Jury, find the defendant, MICHAEL COURTNEY SHIRLEY:

   Guilty ____✓____          Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of Honest Services Fraud, in violation of 18 U.S.C. §§ 1343 and 1346,

   We, the Jury, find the defendant, MICHAEL COURTNEY SHIRLEY:

   Guilty ____✓____          Not Guilty _____

3. **Count Three of the Indictment**

   As to the offense of Honest Services Fraud, in violation of 18 U.S.C. §§ 1343 and 1346,

   We, the Jury, find the defendant, MICHAEL COURTNEY SHIRLEY:

   Guilty ____✓____          Not Guilty _____

4. **Count Four of the Indictment**

As to the offense of Honest Services Fraud, in violation of 18 U.S.C. §§ 1343 and 1346,

We, the Jury, find the defendant, MICHAEL COURTNEY SHIRLEY:

Guilty ___✓___          Not Guilty _____

5. **Count Five of the Indictment**

As to the offense of Honest Services Fraud, in violation of 18 U.S.C. §§ 1343 and 1346,

We, the Jury, find the defendant, MICHAEL COURTNEY SHIRLEY:

Guilty ___✓___          Not Guilty _____

SO SAY WE ALL, this _27_ day of _July_, 2023.

███████████████████
FOREPERSON
███████████████████

2