UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

The undersigned counsel, Warren W. Lindsey, of the law firm of LINDSEY, FERRY, & PARKER, P.A., pursuant to Middle District of Florida Local Rule 2.02, hereby moves this Honorable Court for an Order allowing him to withdraw as attorney of record in the above-captioned case, and as grounds therefor would show:

    1.    The undersigned attorney was retained to represent Defendant, Michael Courtney Shirley, in the proceedings in the United States District Court for the Middle District of Florida in the above-captioned case.

    2.    On July 21, 2023, the Honorable Judge Irick entered an Order admitting Gavin Clarkson, Esquire, Pro Hac Vice, as co-counsel in Mr. Shirley's case.

3. July 24, 2023 through July 27, 2023, a jury trial took place where the Defendant was found guilty of all five counts in the indictment. The Court scheduled Mr. Shirley's sentencing hearing for October 31, 2023 at 09:30 A.M.

4. On July 28, 2023, the Defendant, Michael Courtney Shirley, was informed of undersigned counsel withdrawing from his case and undersigned counsel certifies that Mr. Shirley consents to the withdraw. Attached is the Defendant's Consent for Attorney of Record to Withdraw, signed by Mr. Shirley on July 30, 2023.

5. Mr. Shirley wishes to continue to proceed with Gavin Clarkson, Esquire. See Attached is the Defendant's Consent for Attorney of Record to Withdraw, signed by Mr. Shirley on July 30, 2023.

6. Undersigned counsel has communicated with Assistant United States Attorney Amanda Daniels, who opposes the granting of this motion.

7. This motion is made in good faith.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter its Order allowing the undersigned to withdraw as attorney of record.

Respectfully submitted this 1st day of August, 2023.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2023, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Amanda Sterling Daniels, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, amanda.daniels@usdoj.gov and Chauncey Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov.

                                                  s/Warren W. Lindsey
                                                  WARREN W. LINDSEY, of
                                                  LINDSEY, FERRY & PARKER, P.A.
                                                  341 N. Maitland Avenue, Suite 130
                                                  Maitland, FL 32751
                                                  *Mail:* P.O. Box 505
                                                  Winter Park, FL 32790
                                                  Telephone: (407) 644-4044
                                                  Facsimile: (407) 599-2207
                                                  Attorneys for the Defendant.
                                                  warren@warrenlindseylaw.com
                                                  Florida Bar No. 299111