UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 6:22-cr-00123-GAP-DCI

MICHAEL COURTNEY SHIRLEY,

    Defendant.
_____/

## CONSENT FOR SOME ATTORNEYS OF RECORD TO WITHDRAW

    The Defendant, MICHAEL COURTNEY SHIRLEY, files this his consent for entry of an Order allowing his attorneys of record, Warren W. Lindsey, Esquire, Matthew P. Ferry, Esquire, Ashley D. Parker, Esquire, and the law firm of Lindsey, Ferry & Parker, P.A., to withdraw as counsel of record in the above-styled cause. Mr. Shirley wishes to continue to proceed with Gavin Clarkson, who was previously admitted pro hac vice as co-counsel for Mr. Shirley.

    Respectfully submitted this 1st day of August, 2023.

                                                    */s/ Michael Shirley*
                                                    MICHAEL COURTNEY SHIRLEY
                                                    Defendant