**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                       CASE NO: 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

**ORDER TO SHOW CAUSE**

On July 21, 2023, Dr. Gavin Clarkson filed a Motion for Special Admission as Counsel for Defendant (Doc. 69). In that motion, Dr. Clarkson agreed to comply with the federal rules and local rules of this court. Pursuant to Local Rule 2.01(c), Magistrate Judge Daniel C. Irick granted that motion on the same day (Doc. 70). That rule provides that a lawyer appearing in this court must remain familiar with and is bound by the rules governing the professional conduct of a member of the Florida Bar.

The trial of this case commenced on July 24, 2023, and concluded on July 27, 2023. Dr. Clarkson participated in the trial as co-counsel with Warren Lindsey and Ashley Parker, who are local lawyers and members of the bar of this court.

It has come to the Court's attention that approximately 20-30 minutes after the jury was excused, Dr. Clarkson, accompanied by his client Michael Shirley, approached a group of the jurors in the parking lot used by visitors to the

courthouse and inquired as to why they had convicted his client. The jurors declined to speak with him.

Local Rule 5.02(d) prohibits a lawyer from Communicating with a juror during or after trial without court permission. Dr. Clarkson did not have the Court's permission to confront the jurors in this case. Dr. Clarkson's conduct also violated the rules of the Florida Bar that regulate the conduct of Florida Lawyers. *See* Rules Regulating the Florida Bar, Rule 4-3.5(d)(4).

It is therefore **ORDERED** that within ten (10) days defense counsel shall show cause in writing why Dr. Clarkson's special admission to appear in this court proceeding should not be revoked for violation of these rules of lawyer conduct.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant