**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**          **CASE NO.: 6:22-CR-123-GAP-DCI**

**v.**

**MICHAEL SHIRLEY**

_____/

## NOTICE OF FILING

**COMES NOW** the Defendant, by and through undersigned counsel, hereby files

the following documents in writing, and alleges:

1.     Letter to Judge Presnell from Josh De Ford.

2.     Letter to Judge Presnell from Rupal Chaudhari.

3.     Letter to Judge Presnell from Stephan Sebastian.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 19th, 2024, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

the following: United States Attorney, further certify that I mailed the foregoing document and the

notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com