## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**          **CASE NO.: 6:22-C-123-GAP-DCI**

**v.**

**MICHAEL SHIRLEY,**
_____/

## DEFENDANTS WITNESS LIST

**COMES NOW** the Defendant, by and through undersigned counsel, hereby files the following witness list in this matter, and alleges:

1.  James Shirley, the Defendants father.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com