# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**            CASE NO.:   6:22-CR-123-GAP-DCI

v.

**MICHAEL SHIRLEY,**
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Michael W. Nielsen, counsel of record for Defendant in the above-styled cause, pursuant to Rules 2.02 and 3.01(a) of the Loal Rules for the Middle District of Florida hereby moves this Court for leave to withdraw, and as grounds therefore states as follows:

1. On August 16, 2023, the undersigned was appointed pursuant to the Criminal Justice Act to represent Defendant.

2. Counsel was appointed to represent the Defendant at his sentencing hearing.

3. The undersigned is moving to withdraw and new counsel be appointed to handle the appeal in this matter and to otherwise ensure that Defendant is effectively represented.

4. The Defendant's case was a jury trial with complicated legal issues for the appeal. That defense counsel was appointed to represent the Defendant in this matter. The Defendant should have a CJA lawyer that specializes in appeals only to represent him for his appeal.

5. The undersigned notified the Defendant on February 19, 2024, that he needed to withdraw from doing the appeal.

6. The withdrawal was again addressed with Mr. Shirley on February 27, 2024, and he executed the Consent to Withdrawal which is attached as Exhibit 1.

7. The undersigned counsel is moving to withdraw and appoint substitute counsel pursuant to the Criminal Justice Act. ("CJA"), 18 United States Code §3006A, et seq.

8. That the United States Attorney's Office has no objection to this motion.

## MEMORANDUM OF LAW

Local Rule 2.02(c) provides that no attorney shall withdraw as counsel without approval of the Court and notice to the Defendant. The undersigned counsel respectfully requests that he be allowed to withdraw from the representation of Mr. Shirley.

WHEREFORE, the foregoing reasons, Michael W. Nielsen, requests this Court enter an order (1) allowing Michal W. Nielsen to withdraw as counsel, and (2) appointing substitute counsel pursuant to the Criminal Justice Act to represent Defendant in this going forward.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 29TH 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney, I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com