UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO: 6:22-CR-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

Defendant
_____/

**DEFENDANT MICHAEL COURTNEY SHIRLEY  OPPOSED
MOTION TO STAY  SENTENCE**

TO THE HONORABLE Judge Gregory Presnell,

The Defendant in the above styled and numbered cause,  under Rule 38 of the Federal Rules of Criminal Procedure, respectfully moves the Court for an order staying Michael Courtney Shirley's sentence .  In support of this motion, Michael Courtney Shirley's  would show the Court as follows:

**I.**

The Defendant has been convicted of the all the offenses that were  charged in a five-count indictment with one count of Conspiracy to Commit Honest Services Fraud in violation of 18 U.S.C. §§1343 and 1346, and four counts of Honest Services Fraud via Wire Fraud in violation of 18 U.S.C. §§1346 and 1349. Doc. 83. on July 27, 2023. Mr. Shirley was  sentenced on February 28, 2024, Doc. 138 to 87 months imprisonment, followed by two years of supervised probation, pay a fine in the amount of $500,000.00  and pay restitution in the amount of $536, 402.33 and his forfeiture as set forth in Doc 135.

The Defendant has appealed the conviction/sentence/conviction and sentence. 144

Pursuant to Rule 38 of the Federal Rules of Criminal Procedure this honorable Court may stay the sentence imposed pending appeal on any terms considered appropriate.  Fairness and the

interests of justice require staying the sentence.

## II.

In support of the motion, Mr. Shirley adopts the previous arguments set forth in the Motion for New Trial filed at Doc. 93 and Motion for Acquittal at Doc. 94.

Mr. Shirley clearly is not going to flee and is not a danger to the community, as this court has allowed him to report to prison rather than remand Mr. Shirley into custody. This motion is not for the purposes of delay and raises substantial questions of law and fact as set forth in the Motion for New Trial and Motion for Acquittal. That if the substantial questions of law and fact are determined in the favor of Mr. Shirley  there is likelihood that that his case would be reversed or an order for a new trial on all counts would  be entered on appeal. See *United States v. Giancola* 754 F.2d 898 (11th Cir. 1986)

## III.

Counsel for the Defendant conferred with Assistant United States Attorney Chauncey Bratt and or Amanda Daniels about this motion on March 14, 2024 and the government opposes this motion.   The government has informed me this motion was made *ore tenus* at sentencing, however the the undersigned  does not have transcript.

Wherefore Michael C. Shirley  prays that the Court enter an order granting the stay requested above.

/s/  *H. Kyle Fletcher*
H. Kyle Fletcher Esq.#09306268
3743 Savannah Loop
Oviedo, FL 32765
(407) 971-4727
(407) 971-4797 Facsimile
kyle@thefletcherlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of March 2024,  I filed the original of the foregoing document by electronic delivery with the Clerk of the Court, and the Clerk will send a notice electronically of this filing to the following:  Assistant US Attorney's Office, Middle District of Florida, and all other counsel of record for all defendants.

/s/  *H. Kyle Fletcher*
H. Kyle Fletcher Esq.#09306268