UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO: 6:22-CR-123-GAP-DCI

MICHALE COURTNEY SHIRLEY

Defendant
_____/

## AMENDED NOTICE OF APPEAL

NOTICE is hereby given that the defendant/appellant, MICHAEL C. SHIRLEY , hereby appeals to the United States Court of Appeals for the 11th Circuit regarding the judgment and sentence entered in this action on or about February 28, 2024  and any and all pre-trial and post-trial motions filed by Michael C. Shirley that were denied, more specifically:  Order  denying Motion to Dismiss, (Doc# 54), Order denying Motion for New Trial, (Doc# 108) and Order Denying Motion for Acquittal  (also located at Doc. 108) Also, Michael C. Shirley  appeals any and all pre-trial and post- trial motions filed by the Government that were granted and the jury verdict that was entered against him (July 7, 2023 (Doc# 83) and the Order denying Motion to Stay Sentencing entered at (Doc. # 152).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March 2024,  I filed the original of the foregoing document by electronic delivery with the Clerk of the Court, and the Clerk will send a notice electronically of this filing to the following:  Assistant US Attorney's Office, Middle District of Florida, and all other counsel of record for all defendants.

/s/  *H. Kyle Fletcher*
H. Kyle Fletcher Esq.
3743 Savannah Loop
Oviedo, FL 32765
(407) 971-4727
(407) 971-4797 Facsimile
kyle@thefletcherlawfirm.com