# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10672

_____

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

*versus*

MICHAEL COURTNEY SHIRLEY,

                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cr-00123-GAP-DCI-1

_____

_____

2             Order of the Court                        24-10672

No. 24-10937

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MICHAEL COURTNEY SHIRLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cr-00123-GAP-DCI-1

_____

ORDER:

On its own motion, the Court CONSOLIDATES case no. 24-10672 and case no. 24-10937.

Appellant's "Motion for Bond Pending Appeal" is DENIED.

The Clerk's Office is DIRECTED to treat any motion for reconsideration of this order as a non-emergency matter.

24-10672                Order of the Court                3

/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE