**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

| | |
|---|---:|
| Elizabeth M. Warren<br>Clerk of Court | Richard Banke<br>Orlando Division Manager |

**DATE:** August 13, 2024

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 6:22-cr-123-GAP-DCI

MICHAEL COURTNEY SHIRLEY

## CERTIFICATE OF READINESS OF RECORD ON APPEAL
### AND RECORD ON APPEAL

U.S.C.A. Case No.:        24-10937

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal. The following documents will be forwarded upon the request of the USCA:

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

- Complete Record on Appeal:

    1    Volume of Exhibits: 2 exhibit lists, 3 CDs, 1 CD titled government exhibit no. 2, 1 CD titled trial exhibit 11, and 1 CD titled government exhibit 12; All CDs located at docket entry 81. 1 thumb drive titled defendant exhibit 88 located at docket entry 82.

ELIZABETH M. WARREN, CLERK

By:    TF/, Deputy Clerk